ACCEPTED
03-14-00682-CR
4131354
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 3:25:18 PM
JEFFREY D. KYLE
CLERK

CASE: 03-14-00682-CR

| | | |
|---|---|---|
| PETER EZEBUNWA<br>Appellant | )<br>)<br>) | THIRD COURT |
| | ) | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| vs. | )<br>) | OF APPEALS 2/12/2015 3:25:18 PM |
| | )<br>) | JEFFREY D. KYLE<br>Clerk |
| THE STATE OF TEXAS<br>Appellee | )<br>)<br>) | STATE OF TEXAS |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Peter Ezebunwa, Appellant in the above styled cause, and would show the Court as follows, the Appellant wishes to withdraw and substitute counsel. Joe F. Taylor currently represents Appellant as Attorney of Record. Appellant wishes to substitute the following counsel, Amber Vazquez Bode. Undersigned counsel has contacted Joe F. Taylor and he has no objection to this motion, as evidenced by his signature below. The Court Reporters Record and Clerks Record are due on February 5, 2015. No briefs are due at this time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court allow the Motion to Withdraw and Substitute Counsel of Record, and Amber Vazquez Bode be the attorney of record, as set forth herein.

Dated: January 29, 2015

Respectfully submitted,

Agreed: _____
Joe F. Taylor
P.O. Box 1521
Austin, Texas 78767
Phone: (512) 474-1591

_____
Amber Vazquez Bode
Vazquez Law Firm
1004 West Ave.
Austin, Texas 78701
512-220-8507 office
512-480-0760 facsimile
Texas Bar Number 24039225

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the forgoing Motion to Withdraw and Substitute Counsel of Record, on this 12th day of February 2015, as follows:

**Lisa C. McMinn**
State Prosecuting Attorney's Office
P.O. Box 13046
Austin, TX 78711
Office: (512) 463-1660
Fax: (512) 463-5724

**Velva L. Price**
Travis County District Clerk
509 W 11th St. Room 1.400
Austin, Texas 78701
Office: (512) 854-9420

**Ellie Klemens**
427th District Court Reporter
P.O. Box 1748
Austin, TX 78767
Office: (512) 854-3667

**Joe F. Taylor**
P.O. Box 1521
Austin, Texas 78767
Office: (512) 474-1591

/s/ Amber Vazquez Bode
AMBER VAZQUEZ BODE

| | | |
|---|---|---|
| PETER EZEBUNWA<br>Appellant | ) <br> ) <br> ) | THIRD COURT |
| vs. | ) <br> ) <br> ) | OF APPEALS |
| THE STATE OF TEXAS<br>Appellee | ) <br> ) <br> ) <br> ) <br> ) | STATE OF TEXAS |

## ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

On this the _____ day of _____, 2015, came on to be heard Appellant's Motion to Withdraw and Substitute Counsel of Record. The Court having considered same, finds that the Motion should be: GRANTED / DENIED.

Signed this ____ day of _____, 2015.

_____
**JUDGE PRESIDING**